# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DANA HUTCHISON, et al.**                                                                                    **PLAINTIFFS**

**4:16CV00094-BRW**
**1:16CV00012-BRW**

**XTO ENERGY, INC., et al.**                                                                                  **DEFENDANTS**

## MOTION TO DISMISS RODNEY LONG, INDIVIDUALLY

Comes now Rodney Long, by and through his attorneys, Grayson & Grayson, P.A. and Hicks Law Firm and for his Motion to Dismiss his claims, individually, states that his health has deteriorated to such an extent that he is no longer able to assist as class representative in this case and respectfully requests that the Court dismiss him and his claims.

WHEREFORE, Rodney Long prays that the Court grant his Motion to Dismiss and for all other just and proper relief to which he may be entitled under the circumstances.

Respectfully submitted,

/s/ Keith L. Grayson
Keith L. Grayson, ABN 91014
Grayson & Grayson, P.A.
P. O. Box 1447
Heber Springs, AR  72543
klgmlg@aol.com
graysonandgrayson@att.net
501-206-0905 (telephone)
501-206-0147 (fax)

And
/s/ Charles R. Hicks
Charles R. Hicks, ABN 79087
Hicks Law Firm
111 Center St., Suite 1200
Little Rock, AR 72201
501-371-0068 (telephone)
501-325-8696 (fax)
charleshicks@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016 I have furnished the parties listed below a copy of the Motion to Dismiss Rodney Long by sending a copy of same to their email addresses listed herein:

ASims@HFBlaw.com
Andrew D. Sims
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 3600
Fort Worth, TX 76102

mfitzpatrick@hfblaw.com
Michael V. Fitzpatrick
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 3600
Fort Worth, TX 76102

RBarton@HFBlaw.com
Russell R. Barton
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 3600
Fort Worth, TX 76102

honea@hardinlaw.com
Robert M. Honea
Hardin, Jesson & Terry
Post Office Box 10127
Fort Smith, AR 72903-0127

lance.gould@beasleyallen.com
C. Lance Gould
Beasley, Allen Crow,
Methvin, Portis & Miles P.C.
P O Box 4160
Montgomery, AL  36103

paul@paulbyrdlawfirm.com
Paul Byrd
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Ste. 210
Little Rock, AR  72205

mbarnold@swbell.net
Blair Arnold
Murphy, Thompson, Arnold
Skinner & Castleberry
P O Box 2595
Batesville, AR  72503

attorneybillarnold@gmail.com
Bill Arnold
Murphy, Thompson, Arnold
Skinner & Castleberry
P O Box 2595
Batesville, AR  72503

joseph@paulbyrdlawfirm.com
Joseph D. Gates
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Ste. 210
Little Rock, AR  72205

scg@suddenlink.net
Stephen C. Gardner
P O Box 866
Russellville, AR  72811

tomthrash@sbcglobal.net
Thomas P. Thrash
Thrash Law Firm, P.A.
1101 Garland Street
Little Rock, AR  72201

/s/ Keith L. Grayson, Ark Bar 91014